**Paul TROSSEN, Relator,**

v.

**CHAMPION INTERNATIONAL, Self-
Insured/Sedgwick James of
Minn., Respondents.**

No. C0–01–1759.

Supreme Court of Minnesota.

Jan. 16, 2002.

DeAnna M. McCashin, Schoep & McCashin, Chtd., Alexandria, for Relators.

Charles E. Lundberg, Todd J. Thun, Bassford, Lockhart, Truesdell & Briggs, P.A., Minneapolis, for Respondents.

## ORDER

Based upon all the files, records and proceedings herein,

IT IS HEREBY ORDERED that the decision of the Workers' Compensation Court of Appeals filed September 17, 2001, be, and the same is, affirmed without opin-

ion. *See* Minn. R. Civ.App. P. 136.01, subd. 1(b).

BY THE COURT
James H. Gilbert
Associate Justice